USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/18/2017

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------x

HARVEY & COMPANY LLC,                :      16-Cv-3553 (SHS)

                Plaintiff,      :

    -against-                                :      ORDER

MIDOCEAN US ADVISOR, LP,             :

                Defendant.     :

------------------------------------------------------------x

SIDNEY H. STEIN, U.S.D.J.

      A pretrial conference having been held today, with counsel for all parties present,

      IT IS HEREBY ORDERED that for the reasons set forth on the record, defendant's motion to dismiss the complaint in this action [doc. no. 19] is denied.

Dated:    New York, New York
            January 17, 2017

SO ORDERED:

_____
Sidney H. Stein, U.S.D.J.