UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
                                       :

HARVEY & COMPANY LLC,                :

                      Plaintiff,    :    Case No. 16-cv-3553 (SHS) (RWL)

                                   :    ECF Case

        –against–               :

MIDOCEAN US ADVISOR, LP,        :

                     Defendant.  :

-------------------------------------------------------------------x

## DECLARATION OF DANIEL H. TABAK IN SUPPORT OF DEFENDANT MIDOCEAN US ADVISOR, LP'S MOTION FOR SUMMARY JUDGMENT

DANIEL H. TABAK, an attorney duly admitted to practice before this Court, hereby declares the following to be true and correct under penalty of perjury pursuant to 28 U.S.C. § 1746:

1.      I am a partner at Cohen & Gresser LLP, counsel for Defendant MidOcean US Advisor, LP ("MidOcean") in this action.  I submit this declaration in support of Defendant's motion for summary judgment against Plaintiff Harvey & Company LLC ("Harvey").

2.      Attached hereto as Exhibit A is a true and correct copy of the Summary of Terms between Harvey and MidOcean, dated August 30, 2011.

3.      Attached hereto as Exhibit B is a true and correct copy of ██████████ ████████████████ produced in this litigation with the bates range Harvey-00003374 to Harvey-00003383, and marked as Deposition Exhibit 71.

4.      Attached hereto as Exhibit C is a true and correct copy of ██████████ ████████████████████████████████████████

5.      Attached hereto as Exhibit D is a true and correct copy of Harvey's May 12, 2016

Complaint in this action.

6.      Attached hereto as Exhibit E is a true and correct copy of ███████████████ ███████████████████ produced in this litigation with the bates stamp Harvey-00003384 and marked as Deposition Exhibit 26.

7.      Attached hereto as Exhibit F is a true and correct copy of ███████████████ ██████████████████████████████████ produced in this litigation with the bates stamp KK00000003 and marked as Deposition Exhibit 1.

8.      Attached hereto as Exhibit G is a true and correct copy of ███████████████ ███████████████████ produced in this litigation with the bates stamp KK00000007 and marked as Deposition Exhibit 29.

9.      Attached hereto as Exhibit H is a true and correct copy of ███████████████ ████████████████████████████████████████ produced in this litigation with the bates stamp Harvey-00003324 to Harvey-00003325.

10.     Attached hereto as Exhibit I is a true and correct copy of ███████████████ ████████████████████████████████████ produced in this litigation with the bates range Harvey-00000260 to Harvey-00000262, and marked as Deposition Exhibit 32.

11.     Attached hereto as Exhibit J is a true and correct copy of ███████████████ ██████████████████████████████████ produced in this litigation with the bates range PEISER 1040 to PEISER 1042, and marked as Deposition Exhibit 5.

12.     Attached hereto as Exhibit K is a true and correct copy of ███████████████ ████████████████████████████████████ produced in this

litigation with the bates stamp Harvey-00003219, and marked as Deposition Exhibit 31.

13.    Attached hereto as Exhibit L is a true and correct copy of ███████████

███████████████████████████████████████████████████████

14.    Attached hereto as Exhibit M is a true and correct copy of ███████████

███████████████████████████████████████ produced in

this litigation with the bates range Harvey-00000256 to Harvey-00000259, and marked as

Deposition Exhibit 33.

15.    Attached hereto as Exhibit N is a true and correct copy of ███████████

██████████████████████, produced in this litigation with the

bates range Harvey-00000237 to Harvey-00000239, and marked as Deposition Exhibit 37.

16.    Attached hereto as Exhibit O is a true and correct copy of █████████

████████████████████████████████ produced in this

litigation with the bates range PEISER 1043 to PEISER 1045, and marked as Deposition Exhibit

38.

17.    Attached hereto as Exhibit P is a true and correct copy of ███████████

██████████████████████████

18.    Attached hereto as Exhibit Q is a true and correct copy of ███████████

███████████████████████████████████████

██████

19.    Attached hereto as Exhibit R is a true and correct copy of ███████████

██████████████████████████████

20.    Attached hereto as Exhibit S is a true and correct copy of ███████████

███████████████████████████████████████

███████████████████ produced in this litigation with the bates range KK00000925 to KK00000927, and marked as Deposition Exhibit 39.

21.    Attached hereto as Exhibit T is a true and correct copy of █████████████ ██████████████████████████ produced in this litigation with the bates range Harvey-00000180 to Harvey-00000184, and marked as Deposition Exhibit 41.

22.    Attached hereto as Exhibit U is a true and correct copy of ██████████ █████████████████████████████ produced in this litigation with the bates range KK00000289 to KK00000301, and marked as Deposition Exhibit 107.

23.    Attached hereto as Exhibit V is a true and correct copy of ███████████ ███████████████ produced in this litigation with the bates range KK00000300 to KK00000301, and marked as Deposition Exhibit 113.

24.    Attached hereto as Exhibit W is a true and correct copy of ███████████ ██████████████████████████████ and marked as Deposition Exhibit 108.

25.    Attached hereto as Exhibit X is a true and correct copy of ██████████ ████████████████████████████████

26.    Attached hereto as Exhibit Y is a true and correct copy of an ██████████ ██████████████████████████████ produced in this litigation with the bates range Harvey-00003217 to Harvey-00003218, and marked as Deposition Exhibit 42.

27.    Attached hereto as Exhibit Z is a true and correct copy of ███████████ ███████████████████

28.     Attached hereto as Exhibit AA is a true and correct copy of ███████

█████████████████████████████████████████████████████████████████, and

marked as Deposition Exhibit 48.

29.     Attached hereto as Exhibit BB is a true and correct copy of ███████

█████████████████████████████████████████████████████████████

████████████ produced in this litigation with the bates range MID00003085 to

MID00003089, and marked as Deposition Exhibit 8.

30.     Attached hereto as Exhibit CC is a true and correct copy of ███████

██████████████████████████████ produced in this litigation with

the bates stamp MID00003112, and marked as Deposition Exhibit 9.

31.     Attached hereto as Exhibit DD is a true and correct copy of ███████

█████████████████████████████████████████████████████████████

████████ produced in this litigation with the bates stamp MID00003114, and marked as

Deposition Exhibit 10.

32.     Attached hereto as Exhibit EE is a true and correct copy of ███████

█████████████████████████████████████████████████████████████

███████████████████████████ produced in this litigation with the bates

stamp MID00003123, and marked as Deposition Exhibit 11.

33.     Attached hereto as Exhibit FF is a true and correct copy of ███████

████████████████████████████████ produced in this litigation with the

bates range MID00026686 to MID00026688, and marked as Deposition Exhibit 65.

34.     Attached hereto as Exhibit GG is a true and correct copy of ███████

██████████████████████ produced in this litigation with the bates stamp Harvey-00001522,

and marked as Deposition Exhibit 52.

35.    Attached hereto as Exhibit HH is a true and correct copy of █████████ ████████████████████████████████████████████████████████████████ ████████████████████████████ produced in this litigation with the bates range Harvey-00000099 to Harvey-00000101, and marked as Deposition Exhibit 53.

36.    Attached hereto as Exhibit II is a true and correct copy of ██████████ ████████████████████████████████████████████████████████████ █████████████████████████ produced in this litigation with the bates range KK00000396 to KK00000397 and bates stamp KK00000823, and marked as Deposition Exhibit 12.

37.    Attached hereto as Exhibit JJ is a true and correct copy of █████████ ████████████████████████████████████████████████████████████████ ████████████████ and produced in this litigation with the bates range KK00000821 to KK00000822.

38.    Attached hereto as Exhibit KK is a true and correct copy of █████████ ████████████████████████ produced in this litigation with the bates stamp MID00000606, and marked as Deposition Exhibit 86.

39.    Attached hereto as Exhibit LL is a true and correct copy of █████████ ███████████████████████████████████████████████████ ████████████████████████ produced in this litigation with the bates range KK00000736 to KK00000737, and marked as Deposition Exhibit 19.

40.    Attached hereto as Exhibit MM is a true and correct copy of █████████ ████████████████████████████████ produced in this litigation and marked as Deposition

Exhibit 127.

41.    Attached hereto as Exhibit NN is a true and correct copy of ███████████ ██████████████████████████████████████████████████ produced in this litigation with the bates range MID00014334 to MID00014341.

42.    Attached hereto as Exhibit OO is a true and correct copy of ███████████ ██████████████████████████████████████████████████ produced in this litigation with the bates range KK0000128 to KK00000130, and marked as Deposition Exhibit 126.

43.    Attached hereto as Exhibit PP is a true and correct copy of ███████████ █████████████████████ produced in this litigation and marked as Deposition Exhibit 122.

44.    Attached hereto as Exhibit QQ is a true and correct copy of ███████████ ██████████████████████████████ produced in this litigation with the bates range LAZK0000225 to KAZK0000228 and marked as Deposition Exhibit 121.

45.    Attached hereto as Exhibit RR is a true and correct copy of ███████████ ██████████████████████████████████████████████████ produced in this litigation with the bates range MID00014358 to MID00014411.

46.    Attached hereto as Exhibit SS is a true and correct copy of ███████████ ██████████████████████████████████████████████████ produced in this litigation with the bates range MID00026814 to MID00026818.

47.    Attached hereto as Exhibit TT is a true and correct copy of ███████████ ████████████████████████ produced in this litigation and marked as Deposition Exhibit 128.

48.    Attached hereto as Exhibit UU is a true and correct copy of ███████████

███ ██ █████ ████ █ ████████ ████████ █ ███ produced in this litigation with the bates range KK00000189 to KK00000213, and marked as Deposition Exhibit 125.

49.    Attached hereto as Exhibit VV is a true and correct copy of ██ █████████

████████████ █ █████████████ █ ██ ████ ████ █████████ produced in this litigation with the bates range MID00001937 to MID00001951.

50.    Attached hereto as Exhibit WW is a true and correct copy of ██ █████

██████████ ████ ████ ████, produced in this litigation with the bates stamp MID00000819, and marked as Deposition Exhibit 85.

51.    Attached hereto as Exhibit XX is a true and correct copy of █████ █ █████

████████ ████ ████ █████████ █ █████ ████████ █████████ █ ██ ████████ █ ████████ ████ ████ produced in this litigation with the bates range KK00000706 to KK00000707, and marked as Deposition Exhibit 103.

Dated:  December 15, 2017
        New York, New York

_____
Daniel H. Tabak